# EXHIBIT A



**sanitation**
Jessica S. Tisch Commissioner

**Derelict Vehicle Operations**
803 Forbell Street-2nd Floor
Brooklyn NY 11208
Phone:718.642.3084

October 2, 2023

464 # D.S.MBXB 000153

Dear Sir or Madam:

Our records show that on July 28, 2023 , a 4dr, Mercedes-Benz E350 , without license plates affixed was tagged for removal on 457 East 178th Street, Bronx, NY . This vehicle met the criteria for classification as a derelict vehicle and inclusion into our derelict vehicle removal program. This vehicle was removed pursuant to the authority of Section 1224 of the New York State Vehicle and Traffic Law and Section 16-128 of the New York City Administrative Code.

The contractor removed this vehicle on July 31, 2023 and brought into the yard where it was inspected. This inspection revealed that the vehicle was a 2022 , and the Vehicle Identification Number was W1KZF8EB3NB015088 . This vehicle was disposed of by being crushed or dismantled, for parts only.

For your information Allied Used Auto Corp. . removed the above vehicle. This firm is under contract with this Department to remove vehicles from this area.

All records for this abandoned vehicle are filed at Derelict Vehicle Operations located at the above Address.  Enclosed find a D.S. 464 form.

## CONDITION OF VEHICLE AT TIME OF INSPECTION:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BD | - BODY DAMAGE | | ERD | - EXTENSIVE RIGHT DAMAGE | | PSC | - PASSENGER SIDE CURTAIN AIR BAG |
| | CBO | - COMPLETE BURN OUT | | ES | - EXTERIOR STRIPPED | | PSI | - PASSENGER SIDE IMPACT AIR BAG |
| | DAD | - DRIVER'S AIRBAG DAMAGED | | ETM | - ENGINE / TRANSMISSION MISSING | ✓ | RD | - ROOF DAMAGE |
| | DAM | - DRIVER'S AIRBAG MISSING | | EXB | - EXTERIOR BURNT | ✓ | RED | - REAR END DAMAGE |
| | DD | - DETERIORATED AND/OR DILAPIDATED | | FD | - FIRE DAMAGE OTHER THAN SERIOUSLY BURNED | | RFM | - RIGHT FENDER MISSING |
| | DM1 | - DOORS MISSING 1 | | FED | - FRONT END DAMAGE | | RM | - ROOF MISSING |
| | DM2 | - DOORS MISSING 2 | | GB | - GLASS BROKEN | | RR | - RUST / ROT |
| | DM3 | - DOORS MISSING 3 | | GM | - GLASS MISSING | ✓ | RSD | - RIGHT SIDE DAMAGE |
| | DM4 | - DOORS MISSING 4 | | HD | - HOOD DAMAGED | | SHL | - SHELL |
| | DRD | - DOOR OR DOORS DAMAGED | | HM | - HOOD MISSING | | TLD | - TRUNK LID DAMAGED |
| | DSC | - DRIVER SIDE CURTAIN AIR BAG | | IBO | - INTERIOR BURNT OUT | | TLM | - TRUNK LID MISSING |
| | DSI | - DRIVER SIDE IMPACT AIR BAG | ✓ | ID | - INTERIOR DAMAGED | | TM | - TRANSMISSION MISSING |
| | EB | - ENGINE BURNT | | IS | - INTERIOR STRIPPED | | TP | - TRUNK POPPED |
| | ECB | - ENGINE COMPARTMENT BURNT | | LFM | - LEFT FENDER MISSING | | WM1 | - WHEEL MISSING 1 |
| ✓ | EFD | - EXTENSIVE FRONT DAMAGE | | LSD | - LEFT SIDE DAMAGE | | WM2 | - WHEELS MISSING 2 |
| | ELD | - EXTENSIVE LEFT DAMAGE | | NCM | - NOSE CONE MISSING | | WM3 | - WHEELS MISSING 3 |
| | EM | - ENGINE MISSING | | ND | - NO DAMAGE | ✓ | WM4 | - WHEELS MISSING 4 |
| | ENS | - ENGINE STRIPPED | ✓ | PAD | - PASSENGER'S SIDE AIRBAG DAMAGED | | XRD | - EXTENSIVE REAR DAMAGE |
| ✓ | EPM | - ENGINE COMPARTMENT PARTS MISSING | | PAM | - PASSENGER'S SIDE AIRBAG MISSING | | | |

Sincerely,

Keith Woods, Deputy Chief

MBXB 000153 ASP: M, H 9:30AM-11:00AM

| | Police Use Only - VIN No |
|---|---|
| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - MBXB 000153 | *VIN FM Dash*<br><br>*WIKZF8EB3NB015088* |

| ted On: | Reporter: | Badge: | Auth By | RoTow Tag No: |
|---|---|---|---|---|
| 07-28 | Edwin Basilio Izquierdo | 4302 | | Derelict Tag No:<br>2240540 |

| ion of Vehicle: | Borough:<br>2 | Precinct:<br>048 | District:<br>BX06 |
|---|---|---|---|
| AST 178 STREET | Make: Mercedes-Benz   Tire Condition: | | |
| 178 ST FOOTBRIDGE WASHINGTON<br>NUE | Type:4 Door Vehicle | Color:Grey | |
| | Model:  Cylinders:  Fuel Type: *No RIMS + TIRES* | | |

| ractor Notified: | | 463 Prepared: | | Pick Up Date: | Towed By: | NOL Date: | OC Date: |
|---|---|---|---|---|---|---|---|
| Time:<br>-07-31    05:50 | | Date:<br>2023-07-28 | Time:<br>11:30 | *7/31/23* | *4* | | |

marks :MON-THUR 930AM-11AM   *6cyl = E 350*

osition:

| **Sanitation Department** | | | | Hold No: |
|---|---|---|---|---|

| | Year:<br>*2021* | Make: Mercedes-Benz | | Condition:<br>*EFD, EPM, WM4, DID, PAD*<br>*RED ID, BSD, RD,* |
|---|---|---|---|---|
| -07-28 | | Type:4 Door Vehicle | Color:Grey | |

itigation Findings:

No: *F453784.*

THE CITY OF NEW YORK<br>DEPARTMENT OF SANITATION...<br>HEREBY CERTIFY THAT THIS IS A TRUE<br>AND CORRECT COPY OF THE ORIGINAL<br>DOCUMENTS. I AM ALSO CUSTODIAN OF<br>SUCH DOCUMENTS IS ON FILE.

ligence Data:

osition: *RTC*   Date: *7/31/23*

Vehicle Over 48 HRS?

YES( )   NO( )

I certify that the information on this form is correct/true

DSNY Employee: *C Cameron*

| S-464    01/02 | 1 Contractor's Copy | 4 Police Copy |
|---|---|---|
| | 2 Disposition Copy | 5 NATB Copy |
| | 3 Yard Copy | 6 DMV Copy |

Entered by: _EI_

**sanitation**

DVO — Derelict Vehicle Report    DS 463 (5-12)    DS Initials: _____

| DATE TAGGED | TIME | 64/ NUMBER |
|---|---|---|
| 7-28-23 | 1130 | M3XB 0903 |

| NAME | BADGE NO. | TITLE |
|---|---|---|
| EIzquierdo | 4302 | DIO |

TAG NUMBER:

Rotation - Tow ☐

Derelict ☒ 2240540

| DISTRICT |
|---|
| BX6 |

| PCT. |
|---|
| 48th |

**LOCATION OF VEHICLE**

I/F/O 457    EAST 178th street
Park Ave - Washington Ave

| MAKE | COLOR | TYPE |
|---|---|---|
| me/BE | Gray | 4Dr |

VIN No. N 1 K Z F 8 E B 3 N B 0 1 5 0 8 8

311 Log No. N/A

**CONDITION AT TIME OF TAGGING**

License Plates Affixed:    ☐ YES    ☒ NO

**CATEGORIES**

|  | YES | NO |
|---|---|---|
| 1. Any vehicle that has been seriously burned | ☐ | ☒ |
| 2. Nose missing, which shall require that at least 3 of the 4 following parts be missing: (hood, grill, front bumper, one (1) front fender). | ☒ | ☐ |
| 3. Door(s) and hood missing or damaged | ☒ | ☐ |
| 4. Front end damage | ☒ | ☐ |
| 5. Rear end damage | ☒ | ☐ |
| 6. Any interior damage and glass damage | ☒ | ☐ |
| 7. Door(s) and trunk lid missing or damaged | ☒ | ☐ |
| 8. Engine or transmission missing | ☐ | ☒ |
| 9. Damage to right or left side | ☒ | ☐ |
| 10. Fire damage, other than seriously burned | ☐ | ☒ |
| 11. Any vehicle eight (8) years or older that is deteriorated or dilapidated | ☐ | ☐ |

**REMARKS:** Mon-Thur 9:30AM - 11AM

At time and place above I did observe vehicle in condition described.

DATE: 7-28-23    SIGNATURE: _____

WHITE — DVO HQ    YELLOW — Work Location    PINK — Tag Person


THE CITY OF NEW YORK DEPARTMENT OF SANITATION ... I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENTS. I AM ALSO CUSTODIAN OF SUCH DOCUMENTS ON FILE.

MBXB 000153                                        ASP: M, H 9:30AM-11:00AM

| The City of New York<br>Department of Sanitation<br>Derelict Vehicles Removal Authorization<br>Serial Number - MBXB 000153 | Police Use Only - VIN No. W1KZF8EB3NB015088 |
|---|---|

| Reported On:<br><br>2023-07-28 | Reporter:<br><br>Edwin Basilio Izquierdo | Badge:<br><br>4302 | Auth By:<br><br>2052 | RoTow Tag No:<br><br>Derelict Tag No:<br>2240540 |
|---|---|---|---|---|

| Location of Vehicle:<br><br>457 EAST 178 STREET<br><br>EAST 178 ST FOOTBRIDGE/WASHINGTON AVENUE | Borough:<br>2 - Bronx | Precinct:<br>048 | District:<br>BX06 | C.D:<br>15 |
|---|---|---|---|---|

Make: Mercedes-benz          Tire Condition:

Type: 4 Door Vehicle          Color: Grey

Model: E350          Cylinders: 6    Fuel Type: Unleaded

| Contractor Notified:<br>Date:          Time:<br>2023-07-31    05:50 | 463 Prepared:<br>Date:          Time:<br>2023-07-28    11:30 | Pick Up Date:<br>2023-07-31 | Towed By:<br>4 | NOL Date: | OC Date: |
|---|---|---|---|---|---|

Remarks :
MON-THUR 930AM-11AM

Disposition:
RTC

## Sanitation Department

Hold No:

| Date:<br>2023-07-28 | Year:<br>2022 | Make: Mercedes-benz | | Conditions: DID<br>        EFD<br>        EPM<br>        ID<br>        PAD<br>        RD<br>        RED<br>        RSD<br>        WM4 |
|---|---|---|---|---|
| | | Type: 4 Door Vehicle | Color: Grey | |

Investigation Findings:




907 No:  F45378Y

THE CITY OF NEW YORK
DEPARTMENT OF SANITATION DERELICT
DATED   7/31/23
I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF THE ORIGINAL
DOCUMENTS. I AM ALSO CUSTODIAN OF
SUCH DOCUMENTS ON FILM.

Sign of DVS: KC

| Intelligence Data:<br>Disposition:<br>RTC | Date:<br>2023-07-31 | I certify that the information on this form is<br>correct/true |
|---|---|---|

DSNY Employee:  CC

Vehicle Over 48 HRS?

YES (   )          NO ( ■ )

2240540 - MBXB 0001

**NEW YORK STATE | Department of Motor Vehicles**

# SALVAGE CERTIFICATE
### For a 1973 or Newer Motor Vehicle

*Vin Fr Dash*

OTHER JURISDICTIONS: Do not accept this certificate as proof of ownership for registration or titling purposes unless the vehicle and its major component parts meet your requirements concerning the bearer's right to possess them.
THIS DOCUMENT IS VOID IF ALTERED OR ERASED *(Please type or print entries with ballpoint pen.)*   **F45378Y**

**1. VEHICLE DESCRIPTION ●** *ENTER VEHICLE IDENTIFICATION NUMBER EXACTLY AS IT APPEARS ON PROOF OF OWNERSHIP*

VEHICLE IDENTIFICATION NUMBER *(Please start at leftmost space)*   W1K2W1 8K6 3W1 50881  YEAR 2021  MAKE M Benz  MODEL E250

| FUEL | CYLINDERS | MAX. GROSS WEIGHT | STATE | PRIOR OWNERSHIP DOCUMENT NUMBER | BODY TYPE 4D. | COLOR |
|---|---|---|---|---|---|---|
| Gas | 6 | | | | | |

**2. VEHICLE CONDITION ●** THIS MUST *ALWAYS* BE COMPLETED - CHECK ALL BOXES THAT APPLY

☐ Vehicle identification plate missing, altered, defaced or not readable    ☐ Flood damage

☐ Other Specify _____

Missing: ☐ Rear Clip  ☐ Front Clip  ☐ Cowl  ☐ Engine  ☐ Transmission  ☐ Body  ☐ Frame

Damaged: ☐ Rear Clip  ☐ Front Clip  ☐ Cowl  ☐ Engine  ☐ Transmission  ☑ Body  ☐ Frame

Air Bag missing or Damaged  ☑ Driver  ☑ Passenger
☐ Driver side impact  ☐ Passenger side impact
☐ Driver side curtain  ☐ Passenger side curtain
☑ Other Specify *CED, PM, WH*

**3. VEHICLE ACQUISITION**

**A. SALVAGE VEHICLE ACQUIRED BY:**

NAME *(Use Corporate Name if Applicable)*

ADDRESS (Number and Street) **THE CITY OF NEW YORK**
**DEPARTMENT OF SANITATION**
CITY **DVO UNIT** STATE ____ ZIP CODE
**803 FORBELL STREET**
TELEPHONE NUMBER **BROOKLYN, NY 11208** EXT.
(   )

DATE OF ACQUISITION (Month/Day/Year) 7 / 31 / 23

DMV BUSINESS REGISTRATION CERTIFICATE OR ID NUMBER

INSURANCE CO. CODE

STOCK NUMBER OR INSURANCE NUMBER

**B. FORMER OWNER OF VEHICLE** - as listed on the previous proof of ownership. THIS MUST *ALWAYS* BE COMPLETED

NAME

ADDRESS (Number (including Apt. No.) and Street)    CITY    STATE    ZIP CODE

PREVIOUS PROOF OF OWNERSHIP:

☐ NYS CERTIFICATE OF TITLE - DOC. NO
☐ NYS SALVAGE CERTIFICATE - CERT. NO.

☐ OUT-OF-STATE TITLE - DOC. NO.
☐ OUT-OF-STATE SALVAGE CERTIFICATE - CERTIFICATE NO.
☐ OTHER

**INSURANCE COMPANY USE ONLY**

CHECK ONE BOX ONLY: ☐ STOLEN - NOT RECOVERED  ☐ RECOVERED STOLEN - INTACT  ☐ RECOVERED STOLEN - STRIPPED  ☐ TOTAL LOSS
INCLUDE EITHER AN APPRAISAL OR TWO PHOTOS OF VEHICLE FROM DIFFERENT ANGLES WITH DMV COPY (COPY 2) UNLESS VEHICLE IS STOLEN - NOT RECOVERED

**4. LIEN INFORMATION** - List all liens for which a lien satisfaction has not been received. If liens are subsequently satisfied, send form MV-901, Notice of Recorded Lien, to person to whom the vehicle was transferred.

| NAME OF LIENHOLDER | | | NAME OF LIENHOLDER | | |
|---|---|---|---|---|---|
| ADDRESS (Number and Street) | | | ADDRESS (Number and Street) | | |
| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |

**5. VEHICLE DISPOSITION/ODOMETER DISCLOSURE REQUIREMENTS** - For use when vehicle is sold by the person or corporation listed in section 3A. Federal and state law requires that you state the mileage upon transfer of ownership. Failure to do so, or not listing the truth about mileage, may result in fines and/or imprisonment. This form will be returned to you if this section is not completed.

INITIAL ONE CHOICE:

____ TRANSFERRED TO (COMPLETE ALL INFORMATION BELOW & SIGN WHERE INDICATED)

_X_ TRANSFERRED TO BE DISMANTLED FOR PARTS (SEE INSTRUCTIONS ON THE BACK)

____ TRANSFERRED TO BE SCRAPPED OR DESTROYED (SEE INSTRUCTIONS ON THE BACK)

NAME OF PURCHASER *(Corporate Name if Applicable)* **Bronx Junk Car Depot**
ADDRESS OF PURCHASER *(Number, City, State, Zip Code)* **1287 East Bay Ave.**
**Bronx, NY 10474**
**DMV # 7109974**

PURCHASER'S DMV BUSINESS REG., CERT., OR ID NO. IF APPLICABLE

DATE OF TRANSFER 7/31/2_

ODOMETER DISCLOSURE STATEMENT:
I, the seller, certify that to the best of my knowledge, this vehicle's odometer reads as follows and (check the box which applies):
☐ Reflects the Actual Mileage  ☐ Exceeds Mechanical Limits  ☐ Does Not Show the Actual Mileage - Warning: Odometer Discrepancy

MILES (No Tenths)

PRINT NAME OF PURCHASER

SIGNATURE OF PURCHASER

PRINT NAME OF SELLER (Entity in 3A) **THE CITY OF NEW YORK**
SIGNAT **DEPARTMENT OF SANITATION** (Signature indicates transfer of vehicle information completed)
**DVO UNIT**

MUNICIPALITIES ONLY: If required by Section 1224(3b) of the Vehicle and Traffic Law, I certify that liens of owner and lienholder(s) listed above. **803 FORBELL STREET**
**BROOKLYN, NY 11208**

$ _____ (Value of Vehicle)    _____ (Signature of Authorized Individual)

**6. CERTIFICATION ●** THIS MUST *ALWAYS* BE COMPLETED by the person or corporation listed in section 3A
As the acquirer of this vehicle, I certify that all the information I have provided on this form is true and accurate to the best of my belief. (False statements are punishable under Section 210.45 of the Penal Law.)

(Print name of officer of corporation or authorized Individual)   (Signature of officer of corporation or authorized individual)   (Title of officer or individual)   (Date)

THE CITY OF NEW YORK
DEPARTMENT OF SANITATION
I HEREBY CERTIFY THAT THIS IS A TRUE
AND CORRECT COPY OF THE OFFICIAL
DOCUMENTS, I AM ALSO CUSTODIAN OF
SAID DOCUMENTS ON FILE.

Retain this copy for your records. Indicate disposition of vehicle on reverse.